UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cr-00025-4

**United States of America**

v.

**Joshua Lee Davis**

## AMENDED ORDER

This criminal action was referred to United States Magistrate Judge John D. Love for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on guilty plea. Doc. 73. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count six of the indictment. *Id.* at 2. Defendant waived his right to object to the magistrate judge's findings. *Id.*

The court hereby accepts the findings of fact and recommendation on guilty plea of the United States Magistrate Judge. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant Joshua Lee Davis guilty of count six of the indictment, charging a violation of 21 U.S.C. § 841(a)(1) –Possession with Intent to Distribute Methamphetamine.

*So ordered by the court on September 13, 2023.*

J. CAMPBELL BARKER
United States District Judge